

# U.S. District Court

## Florida Northern - Tallahassee

Receipt Date: Jun 26, 2025 3:38PM

JOSHUA MICHAEL VAN SCHAICK
739 WASHINGTON AVE
HOMESTEAD, FL 33030

| Rcpt. No: 400005161 | Trans. Date: Jun 26, 2025 3:38PM | | Cashier ID: #SB (4127) | |
|---|---|---|---|---|
| CD  Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 200  Civil Filing Fee- Non-Prisoner | DFLN425CV000271 /001<br>**FBO**: JOSHUA MICHAEL VAN SCHAICK | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|---|---|---|
| CA | Cash | $405.00 |
| | Total Due Prior to Payment: | $405.00 |
| | Total Tendered: | $405.00 |
| | Total Cash Received: | $405.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.