In the United States District Court for the Northern District of Florida

Tallahassee Division

Case No: 4:25-cv-00271-RH/MJF

Joshua-Michael Van Schaick

    *Plaintiff,*

    v.

Ron DeSantis as the Governor of the State of Florida,

et al,

James Uthmeier as the Attorney General of the State of Florida,

Florida Department of Management Services,

Florida Department of Environmental Protection,

United States Department of Homeland Security,

United States Immigration and Customs Enforcement,

    *Defendant(s).*

_____/

### Notice of Filing [Proposed] Amended Order for Expedited Motion for Preliminary Injunction

Plaintiff, Joshua-Michael Van Schaick, hereby gives notice of filing the attached [Proposed] Order for Expedited Motion for Preliminary Injunction in the above-captioned case.

                                                     Respectfully submitted,

Van Schaick v. DeSantis, et al; Notice of Filing [Proposed] Order for Expedited Motion for Preliminary Injunction





Dated: July 1, 2025

Joshua-Michael Van Schaick, Plaintiff

*In Rem Suam, Propria Persona, Sui Juris*

Native state Citizen of Florida

28 U.S.C. 1746(1)

Without Prejudice

739 Washington Avenue

Homestead, Florida 33030-1332

In the United States of America

Telephone: 305-783-6544

Email: jvanschaick20@gmail.com

## Certificate of Service

I Hereby Certify that on this 1st day of July 2025, I caused a true and correct copy of the foregoing Notice of Filing [Proposed Order] for Expedited Motion for Preliminary Injunction to be furnished

upon all parties of record by Certified U.S. Mail, postage prepaid, and Certificate of Mailing addressed as follows:

Ron DeSantis

400 South Monroe Street #209

The Capitol

Tallahassee, Florida 32399

(850) 717-9337

James Uthemeier

107 West Gaines Street

Tallahassee, Florida 32399

(850) 414-3300

Florida Department of Management Services

4050 Esplanade Way

Tallahassee, Florida 32399

(850) 414-6736

Florida Department of Environmental Protection

3900 Commonwealth Boulevard

Tallahassee, Florida 32399

(850) 245-2118

U.S. Attorneys Office-Northern District of Florida

111 N. Adams Street, 4th Floor

Tallahassee, Florida 32301

(850) 942-8430

_____
Joshua-Michael Van Schaick, *Propria Persona*