In the United States District Court for the Northern District of Florida

Tallahassee Division

Case No: 4:25-cv-00271-RH/MJF

Joshua-Michael Van Schaick

   *Plaintiff,*

   v.

Ron DeSantis as the Governor of the State of Florida,

et al,

James Uthmeier as the Attorney General of the State of Florida,

Florida Department of Management Services,

Florida Department of Environmental Protection,

United States Department of Homeland Security,

United States Immigration and Customs Enforcement,

   *Defendant(s).*

_____/

[PROPOSED] AMENDED ORDER GRANTING PRELIMINARY INJUNCTION

THIS MATTER is before the Court on Plaintiff's Expedited Motion for Preliminary Injunction. Having reviewed the Motion, its supporting exhibits which were filed with the Plaintiffs Verified Complaint for Preliminary and Permanent Injunction, and being fully advised in the premises, it is ORDERED AND ADJUDGED as follows:

BACKGROUND

On or about June 23, 2025, the State of Florida commenced construction of a federal immigration detention facility, publicly referred to as "Alligator Alcatraz," on land

historically used as a pilot training airfield site. The land is situated in a sensitive environmental corridor adjacent to Big Cypress National Preserve and Everglades Water Conservation Area 3A.

The facility, according to Plaintiff's verified complaint and exhibits, is being constructed and advanced under the direction of federal and state agencies, including the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), the Florida Department of Management Services and State Executive Orders EO 2303 and EO 24269, issued by Governor Ron DeSantis.

## FINDINGS

The Court finds that:

1. Plaintiff is likely to succeed on the merits. The federal government nor the State of Florida has shown any lawful easement, or jurisdictional claim over the subject matter in dispute. The Plaintiff has demonstrated that the Executive Orders at issue were issued without legislative approval, despite the declared state of emergency the proposed use violates constitutional and statutory protections surrounding the subject matter.

2. The establishment of this facility is likely to cause irreparable harm to the environment, public and private stakeholders and neighboring indigenous communities absent from an injunction. The proposed use would result in the destruction of fragile Everglades habitat, cultural harm to indigenous communities, and a violation of property rights. Such harms are not compensable with monetary damages.

3. The balance of equities favors the Plaintiffs Motion for Expedited Injunction.

4. Public interest favors injunctive relief. Protecting this land from governmental intrusion and preserving critical Everglades habitat serves the public good and protects the integrity of nearby indigenous communities.

5. The Court also finds that the property has long been used exclusively for aviation purposes, and the proposed conversion of the site to a detention facility is inconsistent with that historic use.

ORDER

Accordingly, it is hereby ORDERED AND ADJUDGED that:

1. Defendants and all persons acting in concert with them are immediately enjoined from further authorizing, funding, constructing, occupying, surveying, or utilizing the property described in Exhibit A and B of the Complaint for any use, including but not limited to incarceration, or immigration enforcement activity.

2. Executive Orders 2303 and 24269 are declared void and unenforceable as applied to the subject matter in dispute.

3. The land shall not be used for any purpose other than its historic and intended aviation use as a pilot training site at this time.

4. Defendants are ordered to relocate the proposed facility.

5. Plaintiff shall serve this Order upon all Defendants within 3 days of entry.

DONE AND ORDERED in Chambers in Tallahassee, Florida, this ___ day of _____, 2025.

_____

**Robert Hinkle**

United States District Court Judge

Copies furnished to:

All Counsel and Pro Se Parties of Record