# In the United States District Court for the Northern District of Florida

## Tallahassee Division

| | |
|---|---|
| Joshua-Michael Van Schaick,<br><br>Plaintiff,<br><br>v.<br><br><br><br><br><br><br><br>Ron DeSantis, et al.,<br><br>Defendant(s). | Case No. 4:25-cv-00271<br><br>Judge Robert L. Hinke<br><br>Magistrate Judge Michael J. Frank |

## NOTICE OF FILING EXHIBIT "1"

Plaintiff Pro Se Sui Juris Joshua-Michael Van Schaick files this Exhibit "1" in support of his Motion for Judicial Notice and Incorporated Memorandum of Law thereof. This Exhibit is the same Exhibit that was filed as the conveyance in Exhibit "B" of Plaintiffs Verified Complaint for Preliminary and Permanent Injunction [ECF 1].

Dated: August 4, 2025.                                                                 Respectfully,



X_____
Joshua-Michael Van Schaick, Pro Se'
Plaintiff
state Citizen of Florida
28 U.S.C. 1746(1)
Without Prejudice
739 Washington Avenue
Homestead, Florida 33030-1332
United States of America
Telephone: 305-783-6544
Email: jvanschaick20@gmail.com

**Certificate of Service**

I Hereby Certify that a true and correct copy of the foregoing Affidavit in Proof of Claim has been furnished by U.S. Mail or Email on ~~July 21,~~ 2025, upon the following counsel of record:

Timothy L. Newhall

Office of the Attorney General

PL-01 The Capitol

Tallahassee, FL 32399-1050

By:
X_____
Joshua-Michael Van Schaick, Pro Se'
Plaintiff
state Citizen of Florida
28 U.S.C. 1746(1)
Without Prejudice

Page **2 of 2**

| T | 52 | R | 35 |
|---|---|---|---|
| SEC. | | 35 | |
| DES. | | Empire Land Co. 20/85 | |
| GRANTOR | | GRANTEE | |
| State of Fl | | Chas H. Scott | |
| INST. | RECORD | | DATE |
| Jno. M. Barrs 2e | 20/75 | | 7/10-23 |

75

Internal Improvement Fund, State of Florida.
Deed No. 15,830.

Whereas, the Board of Trustees of the Internal Improvement Fund of the State of Florida, did, at a meeting held on the 25th day of July, A.D. 1901, by resolution, accept a proposition made to said Board for the purchase by J.M. Barrs of Jacksonville, Florida, of all unsurveyed lands in Lee and Monroe counties, with certain privileges of drainage through other lands owned by said Board, he paying to said Board the sum of ten thousand ($10,000.00) dollars on account of such purchase and being granted by the said Board as consideration for such payment the right to purchase within the term of one year the unsurveyed lands, excepting those lands in Lee and Monroe counties, together with such rights of drainage upon the basis of the payment of thirty cents per acre, area measurement, he being granted the right to purchase at any time within said term of one year all of said lands, or any part thereof, not less than one hundred thousand acres at a time, with the right to said Barrs to have said ten thousand dollars cash payment applied as part of the purchase money of such lands as a final payment on the purchase of two hundred thousand acres; said Board retaining, however, the right to sell to actual settlers, not exceeding one hundred and sixty acres to each actual settler, of any of said lands theretofore settled or applied for in writing or then actually occupied by settlers, and the said proposition to purchase and the acceptance thereof, containing an essential provision in the words following, viz: "It is also to be mutually understood and agreed that the grantees, their successors, heirs and assigns are, at their own proper cost and expense, and to their own full satisfaction to drain said lands, and for the purpose of effecting such drainage shall be given & shall have the right, under the supervision, direction & control of your Board, to enter upon any lands owned by your honorable Board, and dig and maintain canals and ditches, and open up and keep open through the same natural or artificial water ways and courses leading from said lands and draining the same, and to that end the said grantees, their associates, successors and assigns shall have, subject to the same supervision, direction and control, the right to take and use from any adjacent lands owned or held by your Board any earth, timber, stone and other material necessary to be used in the construction and maintenance of such canals and water ways"; and, whereas, the

76

said Barrs, did, on the 19th day of June, 1902, make demand upon said Board for a deed conveying all unsurveyed lands (excepting school lands) in Lee and Monroe Counties upon which he had made said partial payment of ten thousand dollars, and did offer to pay, upon the delivery of such deed the balance of the purchase money of said lands, and said Board did subsequently by resolution declare it impracticable at that time to comply with said demand, and did recognize the rights of said Barrs to purchase said lands, and did extend said right until said Board should have given him notice by resolution that the Board was ready to execute the necessary deeds, and said Board did, as a further consideration to said Barrs for said delay, accept a proposition made by said Barrs for the purchase of the unsurveyed lands in Dade County in townships 53, 54, 55, 56, 57 and 58, south of ranges 35 and 36 east, excepting the sixteenth sections (school lands) and lands theretofore conveyed by said Board to Charles H. Scott, the deeds therefor to be delivered upon payment to the Treasurer of said Board of the purchase price, thirty cents per acre, area measurement, within ninety days after said Barrs shall have received written notice that the deed is ready for delivery to him; and, whereas, the said J. M. Barrs has paid to the treasurer of said Board the amount of money due under the provisions aforesaid for the conveyance of one hundred thousand acres of said lands, and has requested the conveyance by said Board of the lands herein described to Charles H. Scott, of Montgomery, Alabama;

Now, Therefore, Know All Men By These Presents, that the undersigned, the Trustees of the Internal Improvement Fund of the State of Florida, under an Act of the Legislature of said State entitled "An act to provide for and encourage a liberal system of Internal improvements in this State," approved January 6, 1855, for and in consideration of the terms and conditions of the proposition hereinbefore set forth, which said terms and conditions as above quoted are made an essential part of this instrument, and the further consideration of thirty cents per acre for the lands hereinafter described, and other of said lands aggregating one hundred thousand acres described in other deeds bearing even date herewith, to them in hand paid by said J. M. Barrs, have, at the written request of said J. M. Barrs, granted, bargained and sold unto the said Charles H. Scott in accordance with the

77

terms of said proposition, and do by these presents grant, bargain, sell and convey unto the said Charles H. Scott, of the City of Montgomery, of the State of Alabama, and his heirs and assigns forever, the following described lands to-wit:

All of Section nineteen (19), and the Southwest quarter of Section twenty (20), and all of Sections twenty-five (25), twenty-six (26), twenty-seven (27), twenty-eight (28), twenty-nine (29), thirty (30), thirty-one (31), thirty-two (32), thirty-three (33), thirty-four (34), thirty-five (35) and thirty-six (36), in township fifty-two (52) south of range thirty-five (35) east, containing eight thousand four hundred and eighty (8,480) acres, be the same more or less, and lying and being in Dade County, in said State of Florida; and the said grantee, his heirs and assigns is further hereby given and granted the right, at their own proper costs and expense, and to their full satisfaction, to drain said lands, & for the purpose of effecting such drainage, they are hereby given and granted, and shall have the right, under the supervision, direction and control of the said Board of Trustees of the Internal Improvement Fund of the State of Florida, to enter upon any lands owned by said Board, and to dig and to maintain canals and ditches, and to open up and keep open through the same natural or artificial water ways and courses leading from said lands & draining the same, and subject to the supervision, direction and control, said grantee, his heirs and assigns are hereby given and granted the right to take and use from any adjacent lands owned or held by said Board any earth, timber, stone or any other material necessary to be used in the construction of such canals and water ways. To Have and to Hold unto the said Charles H. Scott, and his heirs and assigns forever, the said lands and all the rights, title and interest aforesaid.

In Testimony Whereof, the said Trustees have hereunto subscribed their names and affixed their seals, and have caused the seal of the Department of Agriculture of the State of Florida to be hereunto affixed at the Capitol, in the city of Tallahassee, on this the Second day of July A.D. 1903.

W. S. Jennings (L.S.)
Governor
A. C. Croom (L.S.)
Comptroller

78

William V. Knott (L.S.)
  Treasurer
J. B. Whitfield (L.S.)
  Attorney General
B. E. McLin (L.S.)
  Commissioner of Agriculture.

Filed July 16th, 1903.
Recorded July 24th, 1903.
in Deed Book 20 - page 75
  E.C. Dearborn, Clerk
B. F. Bruso, D.C.

130855-71

Internal Improvement Fund, State of Florida.
Deed No. 15,831.

Whereas, the Board of Trustees of the Internal Improvement Fund of the State of Florida, did, at a meeting held on the 15th day of July, A.D. 1901, by resolution, accept a proposition made to said Board for the purchase by J. M. Barrs, of Jacksonville, Florida, of all unsurveyed lands in Lee and Monroe counties, with certain privileges of drainage through other lands owned by said Board, he paying to said Board the sum of ten thousand ($10,000.00) dollars on account of such purchase, and being granted by said Board as consideration for such payment the right to purchase within the term of one year the unsurveyed lands, excepting school lands, in Lee and Monroe counties, together with such rights of drainage, upon the basis of the payment of thirty cents per acre, area measurements, he being granted the right to purchase at any time within said term of one year all of said lands, or any part thereof, not less than one hundred thousand acres at a time, with a right to said Barrs to have said ten thousand dollars cash payment applied as part of the purchase money of such lands as a final payment on the purchase of two hundred thousand acres; said Board retaining, however, the right to sell to actual settlers not exceeding one hundred and sixty acres to each actual settler of any of said lands theretofore settled or applied for in writing or then actually occupied by settlers; and the said proposition to purchase and the acceptance thereof containing an essential provision in words following, viz: "It is also to be mutually understood and agreed that the grantees, their successors, heirs and assigns are, at their own proper cost and expense, and to their own full

STATE OF FLORIDA, COUNTY OF MIAMI-DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the original filed in this office.
AD 20
Clerk of Circuit and County Courts
Deputy Clerk
MONA BRUNO #79806



**PRESS FIRMLY TO SEAL**

Retail

U.S. POSTAGE PAID
PME
HOMESTEAD, FL 33030
AUG 04, 2025

32301

$31.40

RDC 07

S2324Y502306-16

**UNITED STATES POSTAL SERVICE®**

**PRIORITY MAIL EXPRESS®**

ER 242 475 087 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE (305) 783-6544

Joshua-Michael Van Shaick
739 Washington Avenue
Homestead, Florida 33030-1532
United States of America

**DELIVERY OPTIONS (Customer Use Only)**

☒ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( ) 850-521-3501

Clerk of Court
US District Court Northern District of Florida
Tallahassee Division
111 North Adams Street, Suite 322
    Tallahassee, FL 32301
Note: Case No: 4:25-cv-000271

For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
$100.00 Insurance Included.

**PEEL FROM THIS CORNER**

**PAYMENT BY ACCOUNT (if applicable)**
Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☒ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 33030 | 08/05/25 | $31.40 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 08/04/25 | ☐ 6:00 PM | $ | $ |

| Time Accepted | | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 3:47 ☐ AM ☒ PM | | $ | $ |

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|
| $ | $ | |

| Weight | ☐ Flat Rate | Acceptance Employee Initials | |
|---|---|---|---|
| 8 lbs. 7 ozs. | | DL | $31.40 |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |

LABEL 11-B, NOVEMBER 2023   PSN 7690-02-000-9996

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; October 2023; All rights reserved.

October 2023
12 x 9 1/2

**UNITED STATES POSTAL SERVICE®**