IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSHUA-MICHAEL VAN SCHAICK,

    Plaintiff,

v.                                  CASE NO. 4:25cv271-RH-MJF

RON DESANTIS et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 38, which properly concludes the case must be dismissed for lack of standing. No objections have been filed.

Upon consideration,

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's opinion.

2. The motions to dismiss, ECF Nos. 23 and 25, are granted.

3. The clerk must enter judgment stating, "This case is dismissed for lack of jurisdiction."

4. All other pending motions are denied as moot.

5. The clerk must close the file.

SO ORDERED on February 26, 2026.

s/Robert L. Hinkle  
United States District Judge

Case No. 4:25cv271-RH-MJF